29 A.3d 1065

IN THE MATTER OF WAYNE POWELL, AN ATTORNEY AT LAW (ATTORNEY NO. 030841984).

November 10, 2011.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **WAYNE POWELL** of **CHERRY HILL**, who was admitted to the bar of this State in 1985, and who was

suspended from the practice of law for a period of three months effective July 29, 2011, by Order of this Court filed June 29, 2011, be restored to the practice of law, effective immediately.